UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ADASSA SHAKESPEARE,

    Plaintiff,

v.                                                    Case No.: _____

TRANSWORLD SYSTEMS INC.,

    Defendant.
_____/

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Transworld Systems Inc. ("TSI"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.  The removal of this civil case is proper because:

1.    TSI is a named defendant in this civil action filed by plaintiff, Adassa Shakespeare, ("plaintiff"), in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, titled *Adassa Shakespeare v. Transworld Systems, Inc.,* Case No. COCE-21-035115, Division 54 (hereinafter the "State Court Action").

2.    TSI removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), TSI has timely filed this Notice of Removal. TSI was served with plaintiff's complaint on July 1, 2021. This Notice of Removal is filed within 30 days of receipt of the complaint.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of Seventeenth Judicial Circuit, in and for Broward County, Florida.

WHEREFORE, defendant, Transworld Systems Inc., hereby removes to this Court the State Court Action.

Dated: August 2, 2021              Respectfully Submitted,

*/s/Ashley Wydro*
Ashley Wydro, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (877) 334-0661
awydro@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Transworld Systems Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Ashley Wydro*
Attorney