**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

ADASSA SHAKESPEARE,

      Plaintiff,

v.                                                                Case No.: 0:21-cv-61587

TRANSWORLD SYSTEMS INC.,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Transworld Systems Inc. (TSI), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: August 9, 2021                    Respectfully submitted,


                                       */s/ Ashley Wydro*
                                       Ashley Wydro, Esq.
                                       Florida Bar No. 0106605
                                       Dayle M. Van Hoose, Esq.
                                       Florida Bar No. 0016277
                                       SESSIONS, ISRAEL & SHARTLE, L.L.C.
                                       3350 Buschwood Park Drive, Suite 195
                                       Tampa, Florida 33618
                                       Telephone: (813) 440-5327
                                       Facsimile: (877) 334-0661
                                       awydro@sessions.legal
                                       dvanhoose@sessions.legal

*Counsel for Defendants,*
*Transworld Systems Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 9th day of August, 2021, a copy of the foregoing was filed electronically via CM/CEF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

<u>*/s/ Ashley Wydro*</u>
Attorney

2